IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN M. RILEY,

      Appellant,

 v.                                                                  Case No.  5D23-1306
                                                                    LT Case No. 2013-CF-001790-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 23, 2023

3.800 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Steven M. Riley, Avon Park, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, HARRIS and PRATT, JJ., concur.